UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QAMIL AVDO,

        Plaintiff,

-vs-

CASE NO. 06-13632

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

MARSHON HOLLINS, *et al.*,

        Defendants.
_____/

## **ORDER**

The Court has become aware through Defendants Altima, Century Mortgage Company, Century Lending Company, and ISAOA's ("Defendants") briefing that Plaintiff Qamil Avdo may have made false statements in his Complaint and his Response to Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment. Defendants allege Plaintiff recently sold, and thereby was still in possession of, the property which he claims Defendants defrauded him of in this action. (*See* Defs. Reply at 1-2, Ex. 1, Warranty Deed executed on Oct. 31, 2006). Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (Dock. No. 7) is currently scheduled for hearing on September 26, 2007, at 2:00 p.m. At this hearing the Court shall address this allegation and its repercussions and, therefore, expects the parties to come prepared for such discussion.

        **SO ORDERED**.

                              s/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated: September 17, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 17, 2007.

s/Denise Goodine
Case Manager